| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2016
David J. Bradley, Clerk

Jeremy Crumpler, *et al.*, §
§
       Plaintiffs, §
§
*versus* §     Civil Action H-15-2099
§
Champion Well Service, LLC, *et al.*, §
§
       Defendants. §

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on January 7, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge